AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
7/28/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
7/28/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JD___ DEPUTY

United States of America,

    Plaintiff

    v.

Daniel Truong,

    Defendant(s)

Case No.  8:21-MJ-00508-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 11th, 2021 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1014 | False Statement on a Credit Application |

This criminal complaint is based on these facts:

    *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Loren Rofe
*Complainant's signature*

Loren Rofe, United States Postal Inspector (USPIS)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  July 28, 2021

*Judge's signature*

City and state:  Santa Ana, California

Hon. Karen E. Scott, U.S. Magistrate Judge
*Printed name and title*

KS:hc

**AFFIDAVIT**

I, Loren Rofe, being duly sworn, declare and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant for DANIEL TRUONG ("TRUONG") for a violation of Title 18, United States Code, Section 1014 (False Statement on a Credit Application).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

**BACKGROUND**

3. I am a United States Postal Inspector ("USPI") with the United States Postal Inspection Service ("USPIS"), and have been employed since March 2001. I am currently assigned to the Los Angeles Division Mail Theft Team in Long Beach, CA, which is responsible for investigating, among other things, theft of United States Mail and identity theft.

4. I have completed a sixteen-week basic law enforcement

1

training course in Potomac, Maryland, which included training in the investigation of mail theft related crimes. Prior to being assigned to the Mail Theft team, I was assigned to the Prohibited Mailings Narcotics Team in Los Angeles, CA, where my duties included investigating narcotics violations involving the United States Mails. I was also previously employed as a Special Agent with the Immigration and Naturalization Service from January 1996 to March 2001.

5.  I have been assigned to the Mail Theft team from 2014 to present, where I have conducted numerous mail theft and identity theft investigations.  I am familiar with the modus operandi of mail theft and identity theft-based crimes.  In addition, I have provided training to local law enforcement agencies on how to investigate these types of cases.

## SUMMARY OF PROBABLE CAUSE

6.  On July 11, 2021, Fountain Valley Police Department Officers Arce and Olvera responded to a report of a person opening a Costco membership and credit card using a driver's license that did not look like him at the Costco store located at 17900 Newhope Street in Fountain Valley, California. Witnesses reported that a suspect, later identified as TRUONG, had used a driver's license belonging to Felix Park, an actual person, to open a Costco membership and credit card and attempted to purchase $2,388.85 worth of merchandise.

**STATEMENT OF PROBABLE CAUSE**

7. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Investigation of Suspected Fraud**

8. On July 11, 2021, Fountain Valley Police Department officers Arce and Olvera were dispatched to a Costco store located at 17900 Newhope Street in Fountain Valley, California in response to a report of suspected fraud.  The reporting party, who identified himself as Costco Loss Prevention Officer Narendra Gunawardene stated that a person described as an Asian male wearing a white shirt and black shorts had opened a Costco membership and credit card using a different person's driver's license and attempted to purchase items.

9. Upon arriving at the Costco store, Officers Arce and Olvera contacted the suspect, who was later identified as TRUONG, near the optical department.  Officer Arce asked TRUONG what his name was, and TRUONG responded, "Felix Park."  A Costco employee who had been helping the suspect handed Officer Arce a California Driver's License belonging to Felix Park.

10. Officer Arce asked TRUONG to remove his face mask so that Officer Arce could compare the driver's license to TRUONG's face, and observed that the photograph did not match TRUONG's face.

11. Officers Arce and Olvera then walked TRUONG to Costco's loss prevention office and patted him down for weapons. In the course the pat down, Officer Arce felt a bulge in

3

TRUONG's right front pocket.  Officer Arce asked TRUONG what the bulge was, and TRUONG stated that it was money.  Officer Arce asked TRUONG whether he could remove it, and TRUONG responded, "Yeah, of course."  In the pocket, Officer Arce found a key fob for a Lexus, three $20 bills, and three debit cards with the name "Felix Park."  Officer Arce asked TRUONG whether the debit cards belonged to him, and TRUONG responded that they did.

12.  When asked about the Costco membership, TRUONG provided the officers with a printout of a temporary Costco Anywhere Visa credit card, bearing the name "Felix Park," with temporary card number XXXXXXXXXXXXX4139 and Costco Membership number 111931118588, which he had applied for and received earlier that day, as described below.  The credit card was issued by Citi Card, which is a division of Citibank, N.A.  Based on my knowledge of this investigation, I am aware that Citibank, N.A. is a financial institution that is insured by the Federal Deposit Insurance Corporation.  The printout indicated that the credit card had a credit limit of $4,000, with $2,400 available for immediate use.

13.  A Costco employee also provided the officers with a Costco membership card with the name "Felix Park" and membership number 1119311185588.  The photograph on the Costco membership card appeared to show TRUONG.

   B.   **Statement of Sky Nguyen**

14. Officer Arce spoke with Sky Nguyen, who told Officer Arce the following:

4

   a. Nguyen was working at the Costco membership department when TRUONG approached and provided Nguyen with Park's driver's license in order to sign up for a Costco membership.  TRUONG also requested to sign up for the Costco Visa credit card using Park's name and driver's license, which was approved.

   b. After completing the sign up process, Nguyen asked TRUONG to remove his glasses and mask in order to photograph him for the Costco membership card.  TRUONG requested to keep his glasses and mask on; however, Nguyen told TRUONG that he needed to remove them.  TRUONG removed his glasses, but kept his mask halfway on.  When Nguyen told him again to remove the mask, TRUONG complied.

   c. After taking the photograph of TRUONG, Nguyen compared it to the photograph on Park's driver's license.  Nguyen noticed that TRUONG's features were different from the photograph on the driver's license, and concluded that they were not the same person.

   d. Nguyen then located the phone number associated with Felix Park in Costco's system and called Park.  Park told Nguyen that he had not signed up for a Costco membership that day and that his wallet was stolen recently.

  15. Officer Olvera later contacted Park by telephone and confirmed that Park had reported his wallet stolen to the Irvine Police Department on June 9, 2021.

5

### C. Statement of Narendra Gunawardene

16. Officer Arce spoke with Gunawardene, Costco's Loss Prevention Officer, who told him the following:

    a. After TRUONG signed up for the membership and credit card, Nguyen contacted Gunawardene and told him that a person had signed up for a Costco membership with a driver's license that did not look like him. Gunawardene also compared the photo on the driver's license that TRUONG had used to the Costco membership card photo showing TRUONG and concluded that it was not the same person.

    b. TRUONG walked to the front register where he attempted to purchase an Apple Macbook Pro, Apple Watch, and label maker using an unknown credit card. The $2388.85 transaction was declined by the register for invalid payment.

### D. Identification of TRUONG

17. Based on the statements of Nguyen and Gunawardene and his own observations, Officer Arce concluded that TRUONG had impersonated Felix Park in order to open a Costco membership and credit card and placed him under arrest.

18. Officer Olvera then used the Lexus key fob that Officer Arce had removed from TRUONG's pocket to locate TRUONG's vehicle. Officer Olvera located the vehicle in the parking lot, which had California license plate number 6SWK420. A records check of that license plate number indicated that the vehicle was registered to TRUONG. Officers Arce and Olvera then obtained Orange County jail booking photos of TRUONG, and confirmed that TRUONG was the person they had in custody. A

6

records check of TRUONG further revealed that TRUONG was on formal probation and had an outstanding warrant.

### E.     Statement of TRUONG

19.   Officer Arce transported TRUONG to FVPD.  After advising him of his Miranda rights, Officer Arce showed TRUONG the Orange County booking photograph and asked if it was him.  TRUONG remained silent, and Officer Arce asked him if he had no comments.  TRUONG shook his head left and right, which Officer Arce took to mean, "no."  TRUONG then said, "what?", and Officer Arce again asked him if the booking photograph was him.  TRUONG replied, "On the picture, that's not me."  Officer Arce asked TRUONG if his name was Daniel, and TRUONG did not answer.

## TRAINING AND EXPERIENCE REGARDING BANK FRAUD, IDENTITY THEFT, AND ACCESS DEVICE FRAUD

20.   Based on my training and experience and information obtained from other law enforcement officers who investigate bank fraud and identity theft crimes, I know the following:

   a.    People involved in bank fraud, identity theft, and access device fraud crimes often collect checks, access devices, other personal identifying information (such as names, Social Security numbers, and dates of birth), and identification documents belonging to other people that they can use to fraudulently obtain money and items of value.  It is a common practice for those involved in such crimes to use either false identification or stolen real identification to make purchases with stolen access devices at in order to avoid detection and to complete the transaction.

7

   b. It is common for identity thieves, and individuals engaged in bank fraud, access device fraud, and identification document fraud to use equipment and software to print credit and identification cards, to create magnetic strips for credit cards, to use embossing machines to create credit cards, to use laser printers to create checks, and to use magnetic card readers to read and re-encode credit cards. Software relevant to such schemes can often be found on digital devices, such as computers.

   c. It is common practice for individuals involved in identity theft, bank fraud, and access device fraud crimes to possess and use multiple digital devices at once. Such digital devices are often used to facilitate, conduct, and track fraudulent transactions and identity theft. Suspects often use digital devices to perpetrate their crimes due to the relative anonymity gained by conducting financial transactions electronically or over the internet. They often employ digital devices for the purposes, among others, of: (1) applying online for fraudulent credit cards; (2) obtaining or storing personal identification information for the purpose of establishing or modifying fraudulent bank accounts and/or credit card accounts; (3) using fraudulently obtained bank accounts and/or credit card accounts to make purchases, sometimes of further personal information; (4) keeping records of their crimes; (5) researching personal information, such as social security numbers and dates of birth, for potential identity theft

8

victims; (6) verifying the status of stolen access devices; and (7) coordinating with co-conspirators.

## CONCLUSION

21. For all of the reasons described above, there is probable cause to believe that DANIEL TRUONG has committed a violation of Title 18, United States Code, Section 1014 (False Statement on a Credit Application).

/s/
LOREN ROFE,
United States Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of July, 2021.

*Karen E. Scott*

THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

9